IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ANEL GUERRA ACANDA, A# 209-443-923                    PETITIONER

v.                                            CIVIL NO. 5:26-cv-5-DCB-RPM

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT and WARDEN RAFAEL VERGARA          RESPONDENTS

<u>ORDER</u>

This matter is before the Court on pro se Petitioner Anel Guerra Acanda's

(Petitioner's), Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241.[1]  Petitioner is

an immigration detainee currently housed at the Adams County Correctional Center in

Natchez, Mississippi.

Petitioner initially named only U.S. Immigration and Customs Enforcement as a

Respondent.  In his Amended Petition [5], Petitioner adds Rafael Vergara, the Warden of

the Adams County Correctional Center, as a Respondent.  When a habeas petitioner

challenges his present physical custody, "the proper respondent is the warden of the facility

where the [petitioner] is being held, not the Attorney General or some other remote

supervisory official." *Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004).  After initial review of

Petitioner's filings, the Court finds that the proper Respondent is Warden Rafael Vergara

and Respondent shall respond to the Petition.

**IT IS THEREFORE ORDERED** that the Clerk of Court is directed to edit the

docket to reflect that the sole Respondent is Rafael Vergara, Warden of Adams County

Correctional Center.

---

[1] Petitioner paid the filing fee.

**IT IS FURTHER ORDERED** that Respondent shall file an answer or other responsive pleading in this cause within twenty (20) days of the service of a copy of this order.  Respondent shall file with his or her answer or other responsive pleading any agency records or court records relevant to the disposition of this cause.   If Petitioner desires to file a rebuttal, he may do so within fourteen days after Respondent files an answer or other responsive pleading.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve, by certified mail, a copy of the Petition [1] and Amended Petition [5] filed herein, along with a copy of this Order upon the Civil Process Clerk of the Office of the United States Attorney for the Southern District of Mississippi, 501 E. Court St., Suite 4.430, Jackson, MS 39201; the Attorney General of the United States, at U.S. Department of Justice, 950 Pennsylvania Ave., NW, Washington, D.C. 20530; and Warden of Adams County Correctional Center, 20 Hobo Fork Road, Natchez, MS 39120.  Respondent may view Petitioner's Memorandum in Support [2] via the Court's CM/ECF System.

The Court warns Petitioner that his failure to timely comply with any Order of this Court or his failure to keep this Court informed of his current address will result in the dismissal of this case.

**SO ORDERED**, this the 18th day of March, 2026.

s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE

2